HOLLAND & KNIGHT LLP
Jeffrey J. Nolan (*Admitted Pro Hac Vice*)
jeffrey.nolan@hklaw.com
10 St. James Avenue, 15th Floor
Boston, MA 02116
Telephone: 617.854.1459
Fax: 617.523.6850

Madeline F. Fenton (SBN 350446)
madeline.fenton@hklaw.com
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.9695
Fax: 415.743.6910

*Attorneys for Defendant*
*California College of the Arts*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKUR CHABLANI,<br><br>*Plaintiff*,<br><br>vs.<br><br>CALIFORNIA INSTITUTE OF INTEGRAL STUDIES, by and through its Board of Trustees; CALIFORNIA COLLEGE OF THE ARTS by and through its Board of Trustees; and DOES 1 through 20,<br><br>*Defendants*. | Case No.: 3:25-cv-06587-AMO<br><br>**PARTIES' JOINT MOTION FOR VIRTUAL APPEARANCES**<br><br>Judge: The Honorable Araceli Martínez-Olguín<br><br>Complaint Filed: August 5, 2025<br>Case Management Conference: May 7, 2026<br>Trial Date: None Set |

///

///

///

///

Pursuant to Northern District of California Local Civil Rule 7-11 and Judge Martínez-Olguín's Standing Order Rule C-2, all parties in the above-captioned action, having agreed to the same, respectfully submit this Joint Administrative Motion requesting that the proceedings scheduled for May 7, 2026 be conducted via Zoom videoconference and that all parties be permitted to appear remotely.

The May 7, 2026 proceedings will consist of a combined Case Management Conference and Hearing on Defendants' Motions to Dismiss Plaintiff's Amended Complaint, as ordered by the Court. ECF No. 36. This Joint Administrative Motion is filed more than one week in advance of the scheduled proceedings, in compliance with Standing Order Rule C-2.

The undersigned counsel for all parties stipulate to the relief requested herein and respectfully request that the Court grant this Joint Administrative Motion.

Respectfully submitted,

Dated: March 11, 2026　　　　　　　　　LAW OFFICE OF KEITH ALTMAN

　　　　　　　　　　　　　　　　　　　By: /s/ Keith L. Altman
　　　　　　　　　　　　　　　　　　　　　Keith L. Altman
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Ankur Chablani*

Dated: March 11, 2026　　　　　　　　　SIMS, LAWRENCE & BROGHAMMER

　　　　　　　　　　　　　　　　　　　By: /s/ Cynthia G. Lawrence
　　　　　　　　　　　　　　　　　　　　　Cynthia G. Lawrence
　　　　　　　　　　　　　　　　　　　　　Blaze Van Dine
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant California Institute of Integral Studies*

Dated: March 11, 2026　　　　　　　　　HOLLAND & KNIGHT LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Jeffrey J. Nolan
　　　　　　　　　　　　　　　　　　　　　Jeffrey J. Nolan
　　　　　　　　　　　　　　　　　　　　　Madeline F. Fenton
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant California College of the Arts*

HOLLAND & KNIGHT LLP
Jeffrey J. Nolan (*Admitted Pro Hac Vice*)
jeffrey.nolan@hklaw.com
10 St. James Avenue, 15th Floor
Boston, MA 02116
Telephone: 617.854.1459
Fax: 617.523.6850

Madeline F. Fenton (SBN 350446)
madeline.fenton@hklaw.com
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.9695
Fax: 415.743.6910

*Attorneys for Defendant
California College of the Arts*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANKUR CHABLANI,<br><br>　　　　*Plaintiff*,<br><br>vs.<br><br>CALIFORNIA INSTITUTE OF INTEGRAL STUDIES, by and through its Board of Trustees; CALIFORNIA COLLEGE OF THE ARTS by and through its Board of Trustees; and DOES 1 through 20,<br><br>　　　　*Defendants*. | Case No.: 3:25-cv-06587-AMO<br><br>[PROPOSED] **ORDER ON PARTIES' JOINT MOTION FOR VIRTUAL APPEARANCES**<br><br>Judge: The Honorable Araceli Martínez-Olguín<br><br>Complaint Filed: August 5, 2025<br>Case Management Conference: May 7, 2026<br>Trial Date: None Set |

///

///

///

///

# [PROPOSED] ORDER

The Court having reviewed the parties' Joint Motion for Virtual Appearances for the May 7, 2026 combined Case Management Conference and Hearing on the Defendants' Motions to Dismiss (the "May 7 Proceedings"), therefore:

IT IS HEREBY ORDERED that the parties' Joint Motion is GRANTED and all parties may appear remotely for the May 7 Proceedings.

In accordance with this Court's Standing Order, each party shall email the Courtroom Deputy with a list of counsel who will be taking the lead speaking role on behalf of a party, along with any other counsel who will be appearing for that party, at least two (2) court days in advance.

IT IS SO ORDERED:

Date: __March 12, 2026__     _____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge