HOLLAND & KNIGHT LLP
Madeline F. Fenton (SBN 350446)
madeline.fenton@hklaw.com
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.9695
Fax: 415.743.6910

Attorney for Defendants
CALIFORNIA COLLEGE OF THE ARTS and
BOARD OF TRUSTEES OF CALIFORNIA COLLEGE OF THE ARTS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKUR CHABLANI, | Case No.: 3:25-cv-06587 |
| Plaintiff, | **WITHDRAWAL OF APPEARANCE** |
| vs. | Judge: The Honorable Araceli Martinez-Olguin |
| CALIFORNIA INSTITUTE OF INTEGRAL STUDIES; THE BOARD OF TRUSTEES OF CALIFORNIA INSTITUTE OF INTEGRAL STUDIES; CALIFORNIA COLLEGE OF THE ARTS; THE BOARD OF TRUSTEES OF CALIFORNIA COLLEGE OF THE ARTS; and DOES 1 through 20, inclusive, | Complaint Filed: August 5, 2025<br>Trial Date: None Set |
| Defendants. | |

WITHDRAWAL OF APPEARANCE - CASE NO: 3:23-CV-06587

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the withdrawal of the undersigned, Madeline Fenton of Holland & Knight LLP, as counsel of record for Defendants California College of the Arts and the Board of Trustees of California College of the Arts (the "CCA Defendants").

///

Dated: April 3, 2026                                      HOLLAND & KNIGHT LLP

                                                    By: *Madeline Fenton*
                                                         Madeline Fenton

                                                    Attorney   for   Defendants   CALIFORNIA
                                                    COLLEGE OF THE ARTS and THE BOARD OF
                                                    TRUSTEES  OF  CALIFORNIA  COLLEGE  OF
                                                    THE ARTS

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.9695 Fax: 415.743.6910

-1-
WITHDRAWAL OF APPEARANCE - CASE NO: 3:23-CV-06587