UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKUR CHABLANI, | Case No.  25-cv-06587-AMO |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| | Re: Dkt. No. 62 |
| CALIFORNIA INSTITUTE OF INTEGRAL STUDIES, et al., | |
| Defendants. | |

On April 27, 2026, the Court granted Defendants' motions to dismiss Plaintiff's first amended complaint.  Dkt. No. 62.  A second amended was due within 21 days of the order.  *Id.* at 16.  That deadline has passed, and Plaintiff has not filed a second amended complaint.  Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for failure to prosecute.  Plaintiff shall file a written response to this Order to Show Cause by no later than June 2, 2026.  Plaintiff's written response shall not exceed 3 pages.  If Plaintiff intends to move forward with this case, his second amended complaint must also be filed by June 2, 2026, with the redline required by the Court's Standing Order for Civil Cases.  Failure to file all required documents by June 2, 2026 will result in dismissal for failure to prosecute without further notice.

Each defendant may file a written response, of no more than 3 pages, to this Order to Show Cause by June 2, 2026.

**IT IS SO ORDERED.**

Dated: 5/26/2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California