Keith Altman, Esq.
**THE LAW OFFICE OF KEITH ALTMAN**
30474 Fox Club Drive
Farmington Hills, Michigan 48331
keithaltman@kaltmanlaw.com
Telephone: (248) 987-8929

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANKUR CHABLANI; | Case No.  4:25-cv-6587 |
| *Plaintiff*, | |
| v. | |
| CALIFORNIA INSTITUTE OF INTEGRAL STUDIES, by and through its Board of Trustees; CALIFORNIA COLLEGE OF THE ARTS, by and through its Board of Trustees; and DOES 1-20, | |
| *Defendants*. | |

**NOTICE OF INTENT NOT TO FILE SECOND AMENDED COMPLAINT**

NOW COMES Plaintiff Ankur Chablani, by and through his attorneys, The Law Office of Keith Altman, and files this Notice of Intent Not to File Second Amended Complaint, respectfully states as follows:

1.    On April 27, 2026, the Court granted Defendants' motions to dismiss Plaintiff's First Amended Complaint.

2.	The Court ordered that a Second Amended Complaint was due within 21 days of that order.

3.	On May 26, 2026, the Court issued an Order to Show Cause directing Plaintiff to file a written response by June 2, 2026, and stating that if Plaintiff intended to move forward with the case, Plaintiff's Second Amended Complaint must also be filed by June 2, 2026.

4.	Plaintiff files this Notice to inform the Court that Plaintiff will not amend and accepts the Court's ruling dismissing the First Amended Complaint.

Request for Further Proceedings

Plaintiff respectfully requests that the Court:

1.	Discharge the Order to Show Cause as satisfied by this Notice.

2.	Enter final judgment consistent with the Court's April 27, 2026 dismissal order.

3.	To the extent required, specify that dismissal is final so that Plaintiff may pursue any available appellate rights in the United States Court of Appeals for the Ninth Circuit.


Dated: June 2, 2026	Respectfully submitted,

*/s/ Keith Altman*
Keith Altman, Esq.
THE LAW OFFICE OF KEITH ALTMAN
30474 Fox Club Drive
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929

keithaltman@kaltmanlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, I electronically filed the foregoing document with the Clerk of the Court through the CM/ECF system which sent an email notice of electronic filing to all attorneys of record.

/s/ Keith Altman
Keith Altman, Esq.