UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANKUR CHABLANI,

        Plaintiff,

    v.

CALIFORNIA INSTITUTE OF
INTEGRAL STUDIES, et al.,

        Defendants.

Case No. 25-cv-06587-AMO

**ORDER DISMISSING CASE**

Re: Dkt. No. 62

On April 27, 2026, the Court granted Defendants' motions to dismiss Plaintiff's first amended complaint. Dkt. No. 62. A second amended complaint was due within 21 days of the order. *Id.* at 16. Because Plaintiff had not filed a second amended complaint by the deadline, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Dkt. No. 64. In response to the order to show cause, Plaintiff filed a "Notice of Intent Not to File Second Amended Complaint, indicating that he "will not amend and accepts the Court's ruling dismissing the First Amended Complaint" and requesting entry of judgment consistent with the Court's dismissal order. Dkt. No. 65.

"The failure to file an Amended Complaint after a court grants a motion to dismiss for failure to state a claim (with leave to amend) transforms that dismissal order into a dismissal with prejudice and a final order on the merits." *Cagno v. Supreme Mortg. Lending, Inc.*, No. 24-CV-04713-PHK, 2025 WL 3564203, at *1 (N.D. Cal. Dec. 12, 2025) (internal quotations and citations omitted). Accordingly, given Plaintiff's election not to file a second amended complaint, this action hereby **DISMISSED WITH PREJUDICE**.

///

///

The order to show cause issued May 26, 2026, Dkt. No. 64, is **HEREBY DISCHARGED**.

**IT IS SO ORDERED.**

Dated: 6/3/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2