UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANKUR CHABLANI,

          Plaintiff,

   v.

CALIFORNIA INSTITUTE OF
INTEGRAL STUDIES, et al.,

          Defendants.

Case No. 25-cv-06587-AMO

**JUDGMENT**

The Court, having dismissed this action with prejudice following Plaintiff's election not to file a second amended complaint, hereby **ENTERS** judgment in favor of Defendants and against Plaintiff.

The Clerk shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/3/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California